AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America )
<u>Plaintiff</u>
v.
Shanice Fisher )    Case No. 16-CR750
<u>Defendant</u>

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shanice Fisher

Date: November 14, 2016

_Gregory S. Watts_
Attorney's signature

Gregory S. Watts - #2039865
Printed name and bar number

26 Court Street, Suite 910
Address

GSWATTS26@aol.com
E-mail address

718-875-5020
Telephone number

718-237-0639
FAX number